

NUMBER 13-19-00206-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**HOLT TEXAS, LTD.,** **Appellant,**

**v.**

**EUSTACIO RUBIO D/B/A DELATA
AGGREGATE & LANDSCAPING
MATERIALS,** **Appellee.**

---

On appeal from the 139th District Court
of Hidalgo County, Texas.

---

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Longoria
Order Per Curiam**

Appellant, Holt Texas, Ltd., perfected an interlocutory appeal from an order rendered by the 139th District Court of Hidalgo County, Texas, in trial court cause number C-1839-18-C, denying appellant's motion to compel arbitration. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.016. Appellant has filed an unopposed motion to

stay trial court proceedings pending resolution of the interlocutory appeal. Appellant requests a stay of the trial court proceedings during the pendency of the appeal.

Having reviewed appellant's unopposed motion, we hereby GRANT the motion. We order all proceedings in trial court cause number C-1839-18-C STAYED until further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
11th day of June, 2019.

2